# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**STEPHEN MCGILBERRY**                                                **PETITIONER**

**VS.**                                                         **CIVIL ACTION NO. 1:03CV301LS**

**CHRISTOPHER EPPS, Commissioner,**
**Mississippi Department of Corrections and**
**JIM HOOD, Attorney General**                         **RESPONDENTS**

## ORDER

On February 17, 2006, United States Magistrate Judge Alfred G. Nicols, Jr., to whom this case was earlier referred, retired from the federal bench. On January 30, 2006, Chief District Judge Henry T. Wingate entered an Administrative Order re-assigning Judge Nicols's cases to United States Magistrate Judge James C. Sumner. In accordance with that Order,

IT IS HEREBY ORDERED that this matter is assigned to United States Magistrate Judge James C. Sumner for all further proceedings, to include conducting hearings, if necessary, and submitting findings of fact and recommendations for the disposition of this cause.

IT IS SO ORDERED, this the 18th day of May, 2006.

                                                                          /s/ Tom S. Lee
                                                                 UNITED STATES DISTRICT JUDGE