IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STEPHEN McGILBERRY                                                    PETITIONER

VS.                                          CIVIL ACTION NO. 1:03CV301 TSL JCS

RONALD KING, et al                                                   RESPONDENTS

_____

## JUDGMENT

This matter having come on to be heard on this date upon the petitioner's objection to

the report and recommendation of the United States Magistrate Judge entered in this cause

on or about June 15, 2006, and the court, after a full review of the record, having adopted

said report and recommendation as the finding of this court by order dated this day, finds

that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause

be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 25th day of January, 2007.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE